IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR264 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL PEITZMEIER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue trial (filing 25) is granted.

(2) Trial of this case is continued to February 10, 2014, at 9:00 a.m., before Senior United States District Judge Richard G. Kopf, in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 19th day of December, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge